UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JARAYSHA ARNUM,**

    **Plaintiff,**

v.                                        **Case No.: 8:20-cv-2126-AAS**

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**
**Administration,**[1]

    **Defendant.**
_____/

## **ORDER**

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 27). This request is unopposed. (*Id.* at p. 1).

The Commissioner requests remand for these reasons:

> Upon remand, the Appeals Council will instruct the Administrative Law Judge to obtain supplemental evidence from a vocational expert (VE), clarifying any conflicts between the testimony of the VE and the Dictionary of Occupational Titles, and articulating any such conflicts in the decision; to offer the claimant the opportunity for a hearing; to take any further action needed to complete the administrative record; and to issue a new decision.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

(*Id.*).

Section 405(g) of the Social Security Act provides "[t]he Court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the Commissioner's unopposed motion for entry of judgment with remand (Doc. 27) is **GRANTED**.

**ORDERED** in Tampa, Florida on October 20, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge