UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JARAYSHA ARNUM,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No. 8:20-cv-2126-AAS

KILOLO KIJAKAZI,[1]
Commissioner,
Social Security Administration,

    Defendant.
_____/

# ORDER

Jaraysha Arnum's counsel moves for an award of **$7,406.77** in attorney's fees under 42 U.S.C. § 406(b). (Doc. 33). The Commissioner does not oppose Ms. Arnum's counsel's request. (*Id.* at 7–8).

Ms. Arnum applied for Age 18 redetermination of social security disability benefits, which was denied. (Tr. 30, 142–154). Ms. Arnum then requested a hearing before an ALJ, who found Ms. Arnum not disabled. (Tr. 27–49, 165). The Appeals Council denied Ms. Arnum's request for review of the ALJ's decision. (Tr. 1–7). Ms. Arnum then filed a complaint in this court. (Doc.

---

[1] Kilolo Kijakazi is now the Acting Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

1). The court remanded the ALJ's decision for further consideration, and the Clerk entered judgment for Ms. Arnum. (Docs. 28, 30).

The Commissioner found Ms. Arnum disabled on remand and awarded Ms. Arnum $29,627.06. (Doc. 33, Ex. 2, p. 1). Ms. Arnum's counsel now requests $7,406.77 from that award under 42 U.S.C. § 406(b) for work performed in federal court to achieve the remand. (Doc. 33, p. 1).

Under Section 406(b), when a court enters judgment favorable to a Social Security claimant represented by counsel, the court may award attorney's fees not to exceed twenty-five percent of the claimant's total past-due benefits. 42 U.S.C. § 406(b)(1)(A). Based on the fee agreement that Ms. Arnum agreed his counsel could request twenty-five percent of past-due benefits for attorney's fees, an award of attorney's fees of $7,406.77 is not a windfall and should be awarded. (*See* Doc. 33, Ex. 1).

The court previously awarded Ms. Arnum's counsel $4,151.00 in attorney's fees under the Equal Access to Justice Act (EAJA). (Doc. 32). When an attorney receives attorney's fees under the EAJA and Section 406(b), the attorney must refund the smaller fee. *Jackson v. Comm'r of Soc. Sec.*, 601 F.3d 1268, 1274 (11th Cir. 2010). Ms. Arnum's counsel must refund any attorney's fees awarded under the EAJA.

The Motion for Attorney Fees Under 42 U.S.C. § 406(b) (Doc. 33) is

**GRANTED.** Ms. Arnum's counsel is awarded **$7,406.77** in attorney's fees.

**ORDERED** in Tampa, Florida on August 11, 2022.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

3